IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-CR-155 (Jordan / Shirley) |
| ERIC ANTONIO TATE, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter came before the Court on February 8, 2008, for a hearing on the Motion to Withdraw, [Doc. 25], filed by Attorney Donny Young as to Defendant Eric Tate. The Court conducted a sealed hearing. During the sealed hearing, the Court heard from Attorney Young and Mr. Tate regarding the basis of the motion, and consulted with the Board of Professional Responsibility by telephone.

After these sealed proceedings, the Court found that Attorney Young is able to remain as counsel for Mr. Tate. Attorney Young and Mr. Tate agreed that at this point is appropriate for the Court to deny the Motion to Withdraw [Doc. 25]. Accordingly, the Motion to Withdraw **[Doc. 25]** is **DENIED** as now moot.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge